**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-05410 GAF (AJWx) | Date | October 23, 2009 |
|---|---|---|---|
| Title | Parvez Sheikh et al v. Washington Mutual, FA et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:** (In Chambers)

## ORDER TO SHOW CAUSE

On September 1, 2009, this Court granted Defendant's motion to dismiss with leave to amend. Plaintiff's Complaint was dismissed without prejudice. Since that date, Plaintiff has failed to file a First Amended Complaint in this action. Therefore, Plaintiff is **ORDERED** to show cause by no later than November 9, 2009 why the case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b); C.D. Cal. R. 41-1. The filing of a First Amended Complaint is sufficient to comply with this order to show cause.

**IT IS SO ORDERED.**